HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BRENDA MARY HENRY, | No. 12-cv-6063 RBL |
| Plaintiff, | Order |
| v. | |
| JEFFERSON TRANSIT AUTHORITY, | [Dkts. #1] |
| Defendant. | |

## I.     INTRODUCTION

Before the Court is Plaintiff Brenda Mary Henry application to proceed *in forma pauperis*. For the reasons set forth below, the Court denies the application.

## II.     DISCUSSION

A district court may permit indigent litigants to proceed *in forma pauperis* upon completion of a proper affidavit of indigency.  *See* 28 U.S.C. § 1915(a).  The court has broad discretion in resolving the application, but "the privilege of proceeding *in forma pauperis* in civil actions for damages should be sparingly granted."  *Weller v. Dickson*, 314 F.2d 598, 600 (9th Cir. 1963), *cert. denied* 375 U.S. 845 (1963).  Moreover, a court should "deny leave to proceed *in forma pauperis* at the outset if it appears from the face of the proposed complaint that the action is frivolous or without merit."  *Tripati v. First Nat'l Bank & Trust*, 821 F.2d 1368, 1369

Order - 1

(9th Cir. 1987) (citations omitted); *see also* 28 U.S.C. § 1915(e)(2)(B)(i). An *in forma pauperis* complaint is frivolous if "it ha[s] no arguable substance in law or fact." *Id.* (citing *Rizzo v. Dawson*, 778 F.2d 527, 529 (9th Cir. 1985); *Franklin v. Murphy*, 745 F.2d 1221, 1228 (9th Cir. 1984).

Here, the Court must deny Plaintiff's application because the Complaint is devoid of factual allegations upon which relief could be granted.

### III. ORDER

For the reasons stated above, the Court **DENIES** the application to proceed *in forma pauperis* [Dkt. #1]. Plaintiff has **15 days** to pay the filing fees or the case may be dismissed.

Dated this 11th day of January 2013.

Ronald B. Leighton
United States District Judge