HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BRENDA MARY HENRY,<br><br>                     Plaintiff,<br><br>     v.<br><br>JEFFERSON TRANSIT AUTHORITY,<br><br>                     Defendant. | No. 12-cv-6063 RBL<br><br>Order<br><br>[Dkts. #6] |

      Plaintiff moves for an order appointing counsel. (Dkt. #6.) A district court may permit indigent litigants to proceed *in forma pauperis* upon completion of a proper affidavit of indigency. *See* 28 U.S.C. § 1915(a). The court has broad discretion in resolving the application, but "the privilege of proceeding *in forma pauperis* in civil actions for damages should be sparingly granted." *Weller v. Dickson*, 314 F.2d 598, 600 (9th Cir. 1963), *cert. denied* 375 U.S. 845 (1963). Moreover, a court should "deny leave to proceed *in forma pauperis* at the outset if it appears from the face of the proposed complaint that the action is frivolous or without merit." *Tripati v. First Nat'l Bank & Trust*, 821 F.2d 1368, 1369 (9th Cir. 1987) (citations omitted); *see also* 28 U.S.C. § 1915(e)(2)(B)(i). An *in forma pauperis* complaint is frivolous if "it ha[s] no arguable substance in law or fact." *Id.* (citing *Rizzo v. Dawson*, 778 F.2d 527, 529 (9th Cir. 1985); *Franklin v. Murphy*, 745 F.2d 1221, 1228 (9th Cir. 1984).

Here, the Court must deny Plaintiff's application because the Complaint lacks factual allegations upon which relief could be granted. The Motion for Appointment of Counsel (Dkt. #6) is **DENIED.**

Moreover, Plaintiff has failed to pay the filing fee and the case is therefore **DISMISSED**.

Dated this 2nd day of May 2013.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Order - 2