HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BRENDA MARY HENRY, | No. 12-cv-6063 RBL |
| Plaintiff, | Order |
| v. | |
| JEFFERSON TRANSIT AUTHORITY, | [Dkts. #6] |
| Defendant. | |

Plaintiff moves for an order appointing counsel. (Dkt. #6.) A district court may permit indigent litigants to proceed *in forma pauperis* upon completion of a proper affidavit of indigency. *See* 28 U.S.C. § 1915(a). The court has broad discretion in resolving the application, but "the privilege of proceeding *in forma pauperis* in civil actions for damages should be sparingly granted." *Weller v. Dickson*, 314 F.2d 598, 600 (9th Cir. 1963), *cert. denied* 375 U.S. 845 (1963). Moreover, a court should "deny leave to proceed *in forma pauperis* at the outset if it appears from the face of the proposed complaint that the action is frivolous or without merit." *Tripati v. Nat'l Bank & Trust*, 821 F.2d 1368, 1369 (9th Cir. 1987) (citations omitted); *see also* 28 U.S.C. § 1915(e)(2)(B)(i). An *in forma pauperis* complaint is frivolous if "it ha[s] no arguable substance in law or fact." *Id.* (citing *Rizzo v. Dawson*, 778 F.2d 527, 529 (9th Cir. 1985); *Franklin v. Murphy*, 745 F.2d 1221, 1228 (9th Cir. 1984).

Order - 1

Here, the Court must deny Plaintiff's application because the Complaint lacks factual allegations upon which relief could be granted.  The Motion for Appointment of Counsel (Dkt. #6) is **DENIED.**

Moreover, Plaintiff has failed to pay the filing fee and the case is therefore **DISMISSED**.

Dated this 2nd day of May 2013.

*[signature]*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Order - 2